

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 13-CV-21413-COHN/SELTZER

TERESITA SORRELS and JOSEPH
SORRELS (her husband),

      Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda
company d/b/a NORWEGIAN CRUISE LINE,

      Defendants.
_____/

## DEFENDANT'S NOTICE OF SERVING ANSWERS TO PLAINTIFFS' SUPPLEMENTAL INTERROGATORIES

Defendant, NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line ("Norwegian"), by and through its undersigned counsel and pursuant Rule 33 of the Federal Rules of Civil Procedure, hereby serves its Answers to Plaintiffs' Supplemental Interrogatories on this 3rd day of September, 2013.

Respectfully submitted,

/s/   Jerry D. Hamilton
Jerry D. Hamilton
Florida Bar No. 970700
Hector V. Ramirez
Florida Bar No. 484857
HAMILTON, MILLER & BIRTHISEL, LLP
Attorneys for Defendant
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:   305-379-3690

CASE NO. 13-CV-21413-COHN/SELTZER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail to counsel on the attached Service List this 3rd day of September, 2013.

/s/    Jerry D. Hamilton
Jerry D. Hamilton

## SERVICE LIST

Robert D. Peltz, Esq.
Florida Bar No. 220418
peltz@leesfield.com
Carol L. Finklehoffe, Esq.
Florida Bar No. 15903
finklehoffe@leesfield.com
Leesfield & Partners, P.A.
2350 South Dixie Highway
Miami, Florida 33133
Telephone:   305-854-4900
Facsimile:    305-854-8266
*Counsel for Plaintiff*

Jerry D. Hamilton, Esq.
jhamilton@hamiltonmillerlaw.com
Hector V. Ramirez, Esq.
hramirez@hamiltonmillerlaw.com
Jessica Calvo, Esq.
jcalvo@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690
*Counsel for Defendant*

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 13-CV-21413-COHN/SELTZER

## ANSWERS TO INTERROGATORIES

1. With regard to the 26 slip and fall incidents identified in the defendant's amended response to item number 15 of Plaintiff's First Set of Interrogatories and the four (4) additional incidents identified in the Defendant's privilege log (Silvia Chapa-Cadina, Nazam Dulat, Jacqueline Stweart and Daniel Hobbs), set forth a full and complete description of each incident, including but not limited to the manner in which the passenger indicated that the accident occurred, the precise location on the deck where the incident occurred, whether there was any liquid substance claimed to have been on the deck where the accident occurred and an identification of the type of liquid (i.e. water, soda, etc.) the type of footwear worn by the passenger, the observation of any crew member regarding the existence of any foreign substance on the deck in the area where the accident occurred and the phone number and email address of each passenger.

   ***Answer:*** **Based upon the agreement of the Parties, Plaintiff shall not seek the production of any of the Defendant's privileged documents, including but not limited to accident reports, statements, photographs, and notes of any kind upon which these answers were based. As per agreement, none of the answers provided below constitute a waiver of any of Norwegian's work product privilege. More specifically, Norwegian asserts its privilege as to the documents used in answering this interrogatory. See below information. For additional information, see the Deposition transcript of Jane Kilgour, taken August 23, 2013.**

   1. **Name:**          **Luzdery Moser**
      **Date:**          **7/10/2009**

**Passenger description:** fell on "wet floor" by the pool area of Deck 11.

**Location:** Passenger had just exited the glass doors near the elevator, port side.

**Liquid substance on deck:** Deck was wet. Substance unknown. No indication of rainwater.

**Type of footwear:** Sandals.

**Crewmember observation:** Observed floor was wet at the time of the investigation, and the soles of passenger's sandals were worn-down.

**Telephone number:** None listed.

- 3 -

CASE NO. 13-CV-21413-COHN/SELTZER

2.   Name:          Linda Ramsey
     Date:          1/28/2011

Passenger description: Fell on deck 11.

Location: Coming down the stairs by the Champs bar on Deck 12.

Liquid substance on deck:   No indication of any foreign substance or rainwater.

Type of footwear: Sandals.

Crewmember observation:   Passenger fell forward while under the influence of alcohol, walking down the stairs by the Champs bar on Deck 12.  Passenger was intoxicated at time of interview.  Deck was dry at the time of the investigation.

Telephone number: 859-491-2457

3.   Name:          Karlee Manell
     Date:          5/19/2011

Passenger description: fell coming down stairs from the hot tub.

Location: Deck 12, forward stairs.

Liquid substance on deck:   No indication of any foreign substance or rainwater.

Type of footwear:  Sandals/ flip flops.

Crewmember observation: 13-year old Passenger had just exited the hot tub and fell on Deck 12, forward stairs.  The stairs were dry at the time of the investigation.

Telephone number: 518-955-8994

- 4 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 13-CV-21413-COHN/SELTZER

4.  Name:          Victoria Pedeira
    Date:          8/24/2009

**Passenger description:** was playing on deck 11 and fell down.

**Location:** Deck 11, mid-ship starboard.

**Liquid substance on deck:** No indication of any foreign substance or rainwater.

**Type of footwear:** Not listed.

**Crewmember observation:** Two-year old passenger fell while running. There was no allegation of a foreign substance. Exact location and cause of the fall unknown.

**Telephone number:** none listed.

5.  Name:          Patricia Rosalie Sherry
    Date:          4/29/2012

**Passenger description:** fell on water on deck while walking on the Deck 11 pool deck.

**Location:** Deck 11 pool deck, mid ship port side.

**Liquid substance on deck:** Passenger alleged water.

**Type of footwear:** Flip flops .

**Crewmember observation:** Passenger fell wearing worn-down sandals. Deck was dry at the time of the investigation.

**Telephone number:** 561-775-3713

- 5 -

CASE NO. 13-CV-21413-COHN/SELTZER

6.  **Name:**        **Caleb Hopkins**
    **Date:**        **8/9/2009**

**Passenger description:** after just getting out of the pool, fell on pool deck while attempting to jump up on the wooden bench.

**Location:** Deck 11, forward.

**Liquid substance on deck:** No indication of any foreign substance or rainwater.

**Type of footwear:** Not listed.

**Crewmember observation:** 14 year old Passenger's foot slipped when he jumped, which caused him to fall. No allegation of a foreign substance.

**Telephone number:** None listed

7.  **Name:**        **Mya Jenkins**
    **Date:**        **7/4/2009**

**Passenger description:** fell on Deck 11 pool deck walking from breakfast.

**Location:** Deck 11 pool deck, port side between the pool and the shower.

**Liquid substance on deck:** No allegation of a foreign substance or indication of rainwater.

**Type of footwear:** Flip flops.

**Crewmember observation:** At the time of the investigation, the deck was dry. The vessel was docked.

**Telephone number:** None listed.

- 6 -

8.  Name:          Michele Budd
    Date:          11/26/2010

Passenger description: fell on Deck 11 walking to breakfast in area which was wet from being mopped.

Location: Deck 11, port side near the Great Outdoor Café area

Liquid substance on deck: Wet floor due to mopping.

Type of footwear: Teva Sandals.

Crewmember observation: Passenger was walking through an area that had been blocked off by crewmembers for mopping when she fell. Passenger stated the floor was wet from mopping.

Telephone number: 719-291-6976

9.  Name:          Eileen Marie Stewart
    Date:          8/20/2011

Passenger description: fell on ice cream that had been spilt. She did not fall but "went over" on her left foot.

Location: Deck 11, portside toward doors to elevators.

Liquid substance on deck: Ice cream.

Type of footwear: Flip flops

Crewmember observation: Patch of ice cream on the deck.

Telephone number: 215-264-58070

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 13-CV-21413-COHN/SELTZER

10.   Name:          Tracey Diane Shepherd
      Date:          11/14/2011

Passenger description: fell on Deck 11 near pool.

Location: Deck 11 near pool, starboard forward

Liquid substance on deck:   No indication of any foreign substance or rainwater.

Type of footwear: Flip flops

Crewmember observation: Passenger was wearing worn sandals. At the time of the investigation, the deck was dry.

Telephone number: 540-465-4985

11.   Name:          Jack Ryan Powell
      Date:          11/18/2011

Passenger description: fell while playing table tennis, hit his chin on the corner or the table causing him to fall backwards. Alleged wet deck.

Location: Deck 11, forward port side.

Liquid substance on deck: Alleged wet deck. Substance unknown.

Type of footwear: Tennis shoes.

Crewmember observation: Passenger was bending to take a shot playing table tennis when he hit the table, causing him to fall backwards. At the time of the investigation, the deck was wet.

Telephone number: 910-442-6986

- 8 -

CASE NO. 13-CV-21413-COHN/SELTZER

12.  **Name:**        **Isabel Margaret Cunningham**
     **Date:**        **8/2/2011**

<u>**Passenger description**</u>:  fell while walking toward dining room on Deck 11.

<u>**Location**</u>:  buffet area of the Great Outdoor Café, Deck 11 (aft, portside),

<u>**Liquid substance on deck**</u>:  Passenger alleged she fell on spilled maple syrup.

<u>**Type of footwear**</u>: "Natural soul? (sandals)?

<u>**Crewmember observation**</u>:  No additional observations.

<u>**Telephone number**</u>:  936-355-766(?) last number is illegible.

13.  **Name:**        **Havovee Gandhi**
     **Date:**        **3/24/2013**

<u>**Passenger description**</u>:  Passenger fell on Deck 11.

<u>**Location**</u>:  Deck 11, starboard near pool.

<u>**Liquid substance on deck**</u>:  Passenger alleged wet deck.  Substance unknown.  No indication of rainwater.

<u>**Type of footwear**</u>:  Flip flops

<u>**Crewmember observation**</u>:  Passenger alleged the deck was wet.  At the time of the investigation, the deck was dry.

<u>**Telephone number**</u>:  732-313-6194

- 9 -

14.    **Name:**          Yvette Hoover
       **Date:**          2/17/2013

**Passenger description**:  Passenger fell on her way to the mid ship elevator area after exiting the Garden Cafe.  Alleged wet deck.

**Location**:  Deck 11 (starboard, mid ship) near pool and stairway to Deck 12.

**Liquid substance on deck**:  Passenger alleged she encountered a wet area. Substance unknown.  No indication of rainwater.

**Type of footwear**:  Flip flops.

**Crewmember observation**:  No additional observations.

**Telephone number**:  None listed.


15.    **Name:**          Consuelo Segovia
       **Date:**          2/11/2012

**Passenger description**:  Passenger fell on Deck 11.  Alleged wet deck.

**Location**:  Deck 11 (portside, aft) pool deck.

**Liquid substance on deck**:   Passenger alleged a wet deck. Substance unknown.

**Type of footwear**:  Sandals.

**Crewmember observation**:   Passenger was wearing worn-down sandals when she fell.  At the time of the investigation, the deck was wet.

**Telephone number**:  305-801-2237

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 13-CV-21413-COHN/SELTZER

16.   Name:          Natasha Brown
      Date:          5/6/2011

Passenger description:  Passenger fell on Deck 11 going to the Garden Café.

Location:  Deck 11 pool deck, starboard near the Garden Café.

Liquid substance on deck:  Rain.

Type of footwear:  Sandals.

Crewmember observation:  Passenger was wearing worn sandals when she fell in rain.  At the time of the investigation, the deck was wet.

Telephone number:  917-940-1322


17.   Name:          Angel Hernandez
      Date:          5/24/2009

Passenger description:  Passenger fell on Deck 11 while playing ping pong. Alleged wet deck.

Location:  Table tennis area of Deck 11.

Liquid substance on deck:  Alleged wet deck.  Substance unknown.  No indication of rainwater.

Type of footwear:  Sandals.

Crewmember observation:  At the time of the investigation, the deck was wet.

Telephone number:  305-905-0152

- 11 -

CASE NO. 13-CV-21413-COHN/SELTZER

18.   **Name:**          Norisel Collantes
      **Date:**          9/2/2009

**Passenger description:** fell on Deck 11 outside Garden Café.   Alleged the floor was still wet.

**Location:** Deck 11 forward, near pool, next to the spa exit, while exiting the Garden Café.

**Liquid substance on deck:** Passenger alleged floor was wet.  Substance unknown. No indication of rainwater.

**Type of footwear:** Sandals.

**Crewmember observation:** Passenger was wearing worn sandals when she fell. At the time of the investigation, the deck was wet.

**Telephone number:** 786-857-6945

19.   **Name:**          Carla Eddwine Johnson
      **Date:**          12/13/2009

**Passenger description:** Passenger fell on Deck 11 in front of the pool and Jacuzzi. Alleged the deck was wet.

**Location:** on Deck 11 midship, near jacuzzi.

**Liquid substance on deck:** Alleged the deck was wet. Substance unknown.

**Type of footwear:** Flip flops.

**Crewmember observation:** At the time of the investigation, the deck was wet.

**Telephone number:** 757-713-7711

- 12 -

CASE NO. 13-CV-21413-COHN/SELTZER

20.   Name:          **Machelle Annette Lincoln**
      Date:          **5/17/2010**

**Passenger description**:  Passenger fell on Deck 11.  Alleged wet floor.

**Location**:  Deck 11 pool deck, starboard, while exiting the elevator area.

**Liquid substance on deck**:  Passenger claimed there were wet patches. Substance unknown.  No indication of rainwater.

**Type of footwear**:  Sandals.

**Crewmember observation**:  Area was dry at the time of the investigation.

**Telephone number**:  919-675-4 (telephone number unfinished)


21.   Name:          **Sebastian Cabrera Figueroa**
      Date:          **7/28/2010**

**Passenger description**:  fell on Deck 11 pool deck.

**Location**:  exact location unknown.

**Liquid substance on deck**:  None alleged.  No indication of any foreign substance or rainwater.

**Type of footwear**:  barefoot

**Crewmember observation**:  Minor passenger was playing when he fell.  The deck was dry at the time of investigation.

**Telephone number**:  44559538

- 13 -

CASE NO. 13-CV-21413-COHN/SELTZER

22.   **Name:**          **Latonya Ann Rider**
      **Date:**          **8/8/2010**

**Passenger description:**  Passenger fell on Deck 11 near pool.  Alleged wet floor.

**Location:**  Deck 11, starboard side, aft pool deck.

**Liquid substance on deck:**  alleging there was a "wet floor".  Substance unknown.  No indication of rainwater.

**Type of footwear:**  flip flops; "thungs"

**Crewmember observation:**  Passenger had just come out of the Jacuzzi when she fell on her flip flops on Deck 11, while walking toward the Garden Café. At the time of the investigation, there were wet patches in the area.

**Telephone number:**  925-238-1393

23.   **Name:**          **Michelle Danielson**
      **Date:**          **9/18/2010**

**Passenger description:**   fell on pool deck at 3:00 am, walking towards atrium elevators when deck was being cleaned by crewmembers.

**Location:**  Deck 11, pool deck going toward the atrium elevators.

**Liquid substance on deck:**   Deck was wet from being cleaned.   No indication of rainwater.

**Type of footwear:**  Not wearing shoes.

**Crewmember observation:**  No additional observations.

**Telephone number:**  414-640-9725

- 14 -

CASE NO. 13-CV-21413-COHN/SELTZER

24.   Name:            **Sharlene Esiree Summers**
      Date:            **8/18/2011**

**Passenger description**:  **fell backwards going to hit the ball while playing table tennis with her sister**

**Location**:  Deck 11, port side forward table tennis area.

**Liquid substance on deck**: Alleged deck was wet.  Substance unknown.

**Type of footwear**:  Sandals/Flip flops.

**Crewmember observation**:  At the time of the investigation, the deck was wet.

**Telephone number**:  219-577-7966

25.   Name:            **Maria Seremetis**
      Date:            **9/8/2011**

**Passenger description**:  **fell on Deck 11 pool deck while trying to turn the Pool lounge chair. Alleged wet deck.**

**Location**:  Deck 11, starboard side forward pool deck near stage.

**Liquid substance on deck**:  Alleged wet deck.  Substance unknown.  No indication of rainwater.

**Type of footwear**:  Barefoot

**Crewmember observation**:  Deck was dry at the time of investigation.

**Telephone number**:  630-400-6357

- 15 -

CASE NO. 13-CV-21413-COHN/SELTZER

26.   Name:              **Jessica Andrea Rodas**
      Date:              **1/1/2012**

<u>Passenger description</u>: **Passenger fell on Deck 11 by the hot tub.**

<u>Location</u>:  **Deck 11, pool deck, starboard side, while walking by Jacuzzi area**

<u>Liquid substance on deck</u>:  **No allegation of wet deck, foreign substance or rainwater.**

<u>Type of footwear</u>:  **high heels**

<u>Crewmember observation</u>:  **Passenger was under the influence of alcohol at 3:00 am while attending a New Years party when fell.  Guest stated she fell because she was wearing high stiletto heels.**

<u>Telephone number</u>:  **240-426-8486**

27.   Name:              **Jacqueline Stewart**
      Date:              **11/5/2010**

<u>Passenger description</u>: **fell on Deck 11 while exiting Garden Café.  Alleged wet deck.**

<u>Location</u>: **Deck 11, starboard, while exiting Garden Café.**

<u>Liquid substance on deck</u>:  **Alleged wet deck.  Substance unknown.  No indication of rainwater.**

<u>Type of footwear</u>: **Sandals.**

<u>Crewmember observation</u>: **No additional observations.**

<u>Telephone number</u>:  **602-323-2722**

- 16 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 13-CV-21413-COHN/SELTZER

28.   Name:           Lori Ann Perry
      Date:           10/08/2010

**Passenger description:**  fell on wet floor in food court of Deck 11.Alleged substance was water.

**Location:**  food court of Deck 11, Outrigger Bar, Great Outdoor Café.

**Liquid substance on deck:**  Passenger claimed the substance was water. No indication of rainwater.

**Type of footwear:**  Flip flops.

**Crewmember observation:**  No additional observations.

**Telephone number:**  304-429-1122

29.   Name:           Silvia Chapa-Cadena
      Date:           5/27/2009

**Passenger description:**  fell on Deck 11. Passenger stated it had been raining and deck was wet due to rainwater.

**Location:**  Deck 11, starboard side, between entrance to atrium and pool deck.

**Liquid substance on deck:**  Rainwater.

**Type of footwear:**  High heels.

**Crewmember observation:**  At the time of the investigation, the deck was wet.

**Telephone number:**  none listed.

- 17 -

CASE NO. 13-CV-21413-COHN/SELTZER

30.  Name:          **Nazam Singh Dulat**
     Date:          **10/18/2011**

<u>Passenger description</u>: **fell while walking on Deck 11 in the rain.**

<u>Location</u>: **Deck 11, mid ship starboard side near pool**

<u>Liquid substance on deck</u>: **Passenger alleged rainwater.**

<u>Type of footwear</u>: **Sandals.**

<u>Crewmember observation</u>: **At the time of the investigation, the deck was wet.**

<u>Telephone number</u>: **None listed.**

31.  Name:          **Danielle Hobbs**
     Date:          **8/19/2009**

<u>Passenger description</u>: **fell on Deck 11 near the hot tub. Alleged slipped in water.**

<u>Location</u>: **Deck 11, starboard side, near the Jacuzzi.**

<u>Liquid substance on deck</u>: **Alleged wet deck.  Substance unknown.  No indication of rainwater.**

<u>Type of footwear</u>: **Flip flops.**

<u>Crewmember observation</u>: **Surveillance footage showed 12-year old Passenger running on the pool deck, chasing another male guest around the pool when she fell. At the time of the investigation, the deck was wet.**

<u>Telephone number</u>: **None listed.**

- 18 -

CASE NO. 13-CV-21413-COHN/SELTZER

## ACKNOWLEDGMENT AND VERIFICATION OF DEFENDANT'S
## ANSWERS TO PLAINTIFF'S SUPPLEMENTAL INTERROGATORIES

BEFORE ME the undersigned Notary Public personally appeared, JANE KILGOUR, who, upon being duly sworn, deposes and says that while she does not have personal knowledge of all the facts recited in the foregoing Answers to Plaintiff's Interrogatories, the information contained therein has been collected and made available to her by others, and said Answers are true to the best of her information, knowledge and belief, based upon the information made available to her, and therefore the foregoing Answers are verified on behalf NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE in this action.

NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE,

By: _____
JANE KILGOUR

STATE OF FLORIDA      )
                      ) SS:
COUNTY OF MIAMI DADE )

SWORN To and subscribed before me this _3_ day of _September_, 2013, by _Jane Kilgour_, who is personally known to me.





Notary Public
Commission Number:_____

Notary Seal

MARLEN PALMERO
Notary Public - State of Florida
My Comm. Expires Jun 17, 2016
Commission # EE 201917
Bonded Through National Notary Assn.

- 19 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690