
PLAINTIFF'S EXHIBIT 5



















OUTRIGGER LOUNGE

BODY WAVES AEROBICS ROOM

BODY WAVES SPA

BODY WAVES FITNESS CENTER

BODY WAVES BEAUTY SALON

THE ATRIUM

DIVE IN

HERE