## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ___HH___
Deputy Clerk
Nov 18, 2014
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 18, 2014

Carol Lynn Finklehoffe
Leesfield & Partners, PA
2350 S DIXIE HWY
MIAMI, FL 33133

Appeal Number: 13-15858-X  ; 14-14467 -CC
Case Style: Teresita Sorrells, et al v. NCL (Bahamas) Ltd.
District Court Docket No: 1:13-cv-21413-JIC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-15858-CC

TERESITA SORRELLS,
JOSEPH SORRELS,
her husband,

                        Plaintiffs - Appellants,

versus

NCL (BAHAMAS) LTD,
a Bermuda company
d.b.a. Norwegian Cruise Line,

                        Defendant - Appellee.

On Appeal from the United States District Court for the
Southern District of Florida

ORDER:

Joint motion to consolidate this appeal 13-15858 with pending case 14-14467 is hereby GRANTED.

JOHN LEY
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION