UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21413-CIV-COHN/SELTZER

TERESITA SORRELS and
JOSEPH SORRELS,

    Plaintiffs,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the Stipulation for Dismissal with Prejudice [DE 193] ("Stipulation"). The Court having reviewed the Stipulation, and being informed that the parties have settled this action, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The above-styled action is **DISMISSED WITH PREJUDICE**;

2.     Each party shall bear its own costs, expenses, and attorneys' fees;

3.     All subrogated liens and claims, and all charging liens, shall be paid from the settlement proceeds; and

4.     The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF